PROB 12C
(6/16)

Report Date: February 23, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas James Shippentower      Case Number: 0980 1:23CR02021-SAB-1

Address of Offender: ████████████████████████████████ Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 28, 2023

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 213 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: December 6, 2023 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: December 5, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On December 7, 2023, this officer met with Mr. Shippentower and reviewed the judgment and sentence, which outlined the conditions of his term of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: : Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to undergo a substance abuse evaluation since January 29, 2024.<br><br>On January 29, 2024, this officer met with Mr. Shippentower at his residence. Mr. Shippentower was instructed to report and complete a substance abuse evaluation at Merit Resource Services (Merit) or the Yakama Nation Tiinawit Program, since he had not done so after being in the community for almost 60 days. Mr. Shippentower stated he would obtain the substance abuse evaluation and commence treatment services. |

Prob12C
**Re: Shippentower, Thomas James**
**February 23, 2024**
**Page 2**

As of the date of this petition, Mr. Shippentower has not reported obtaining a substance abuse evaluation.

2    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to submit to random urinalysis (UA) testing at Merit on February 7 and 15, 2024.

On December 11, 2023, Mr. Shippentower was enrolled in Merit's color line random UA testing program.

On January 29, 2024, this officer met with Mr. Shippentower at his residence. Mr. Shippentower was instructed to report to Merit for UA testing as required.

On February 8, 2024, this officer received a letter from Merit stating that Mr. Shippentower missed his UA on February 7, 2024.

On February 16, 2024, this officer received a letter from Merit stating that Mr. Shippentower missed his UA on February 15, 2024.

3    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to report to his probation officer as directed since February 23, 2024.

On January 29, 2024, this officer met with Mr. Shippentower at his residence. Mr. Shippentower was instructed to report to the office on or before February 9, 2024. Mr. Shippentower stated he would report in person to the probation office as instructed.

On February 9, 2024, as Mr. Shippentower had yet to report to the probation office, this officer attempted to contact him at his residence with no success.

On February 15, 2024, this officer attempted to contact Mr. Shippentower, via a cellular telephone call to his wife. Mr. Shippentower's wife answered and stated that he was not with her at their residence. This officer left a message for Mr. Shippentower that he failed to report to this officer and needed to contact this officer immediately. Mr. Shippentower's wife stated she would have him contact this officer.

As of the date of this petition, Mr. Shippentower has not contacted this officer nor has he reported in person to the probation office.

Prob12C
Re: Shippentower, Thomas James
February 23, 2024
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 23, 2024

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

2/23/2024
Date