PROB 12C
(6/16)

Report Date:  June 21, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 21, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas James Shippentower          Case Number: 0980 1:23CR02021-SAB-1

Address of Offender: ███████████████████ Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 28, 2023

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |
| Original Sentence: | Prison - 213 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 6, 2023 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: December 5, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On December 7, 2023, this officer met with Mr. Shippentower and reviewed the judgment and sentence, which outlined the conditions of his term of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**:  Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to notify the probation officer within 72 hours after changing residences on June 16, 2024.

On June 18, 2024, this officer attempted to contact Mr. Shippentower and spoke with his girlfriend.  She reported Mr. Shippentower moved out of their apartment on June 16, 2024, after Yakama Nation Tribal Police responded to a domestic violence incident. Mr. Shippentower's girlfriend stated Mr. Shippentower no longer resides at her apartment and is not allowed to return.

Prob12C
**Re: Shippentower, Thomas James**
**June 21, 2024**
**Page 2**

2      <u>**Standard Condition # 9**</u>: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

     <u>**Supporting Evidence**</u>: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to notify his probation officer within 72 hours of having contact with a law enforcement officer, on or about June 16, 2024.

     On June 16, 2024, this officer received a notification that Mr. Shippentower's name was ran by Yakama Nation Tribal Police Department.

     On June 17, 2024, the probation office contacted Yakama Nation Police Department and was informed that police responded to Mr. Shippentower's apartment as he had an argument with his wife and damaged an apartment window. Mr. Shippentower was driven away from the property by Yakama Nation police officers. A police report was requested and has not been received by the probation office as of the date of this report.

     This officer contacted the Yakama Nation Tribal Jail and verified Mr. Shippentower was not booked into their jail on June 16, 2024, and he was not currently in their custody. He failed to notify the probation office of his law enforcement contact.

3      <u>**Special Condition # 5**</u>: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

     <u>**Supporting Evidence**</u>: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to submit to random Breathalyzer testing via Smart Start portable Breathalyzer, since on or about June 15, 2024.

     On June 15, 2024, this officer received a Smart Start violation report stating that Mr. Shippentower skipped a Breathalyzer test on June 15, 2024, between 9 p.m. and 11 p.m.

     This officer received additional Smart Start violation reports for Mr. Shippentower's failure to submit to Breathalyzer testing on June 16 through 18, 2024.

     Mr. Shippentower was scheduled to submit to four Breathalyzer tests a day between 5 a.m. and 11 p.m.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 21, 2024

           s/Arturo Santana

           Arturo Santana
           U.S. Probation Officer

Prob12C
**Re: Shippentower, Thomas James**
**June 21, 2024**
**Page 3**

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

_____6/21/2024_____
Date