PROB 12C
(6/16)

Report Date: October 20, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 23, 2025**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

ECF No. 96

| | |
|---|---|
| Name of Offender: Thomas James Shippentower | Case Number: 0980 1:23CR02021-SAB-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: November 28, 2023 | |
| Original Offense: Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: Prison - 213 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Bree R Black Horse | Date Supervision Commenced: December 6, 2023 |
| Defense Attorney: Jennifer Rebecca Barnes | Date Supervision Expires: December 5, 2026 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/30/2024 and 10/08/2024.

On December 7, 2023, and on May 6, 2024, this officer met with Mr. Shippentower and reviewed the judgment and sentence, which outlined the conditions of his term of supervised release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to register as a sex offender on or about between September 3, 2024, and September 25, 2025, per indictment, docket number 1:25CR02112-SAB-1, filed on October 15, 2025.<br><br>Per the indictment filed on October 15, 2025, beginning on or about September 3, 2024, and continuing until on or about September 25, 2025, in the Eastern District of Washington, Mr. Shippentower, a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of having been convicted for Crime on Indian Reservation-Sexual Abuse of a Minor, in violation of 18 U.S.C. §§ 1153, and 2243(a), did knowingly fail to register and update a registration as required under the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250(a). |

Prob12C
**Re: Shippentower, Thomas James**
**October 20, 2025**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 20, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/23/2025
Date